UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:17-cv-00624-D

| | |
|---|---|
| RONALD NICOLETTI, JR., a North Carolina citizen,<br><br>Plaintiff,<br><br>vs.<br><br>MKTG, INC, a New York corporation, and STEVEN H. GITTELMAN, a New York citizen,<br><br>Defendants. | **ORDER** |

This matter is before the Court on Plaintiff's Motion to Seal Notice of filing of Seal Exhibits to Complaint, and Exhibits A, B and F attached thereto, filed at DE 2.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to seal the Notice filed at DE 2 and Exhibits A, B and F attached thereto.

SO ORDERED. This 28 day of January 2018.

JAMES C. DEVER III
Chief United States District Judge